| AO-10 Rev. 1/2002 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) DUPLANTIER, ADRIAN G | 2. Court or Organization U.S. DISTRICT COURT-EDLA | 3. Date of Report 1/26/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address ROOM C205, 500 CAMP STREET NEW ORLEANS, LOUISIANA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE RECEIVED 2004 JAN 33 P 3 38 Feb 02

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Louisiana State Employees Retirement | 53,226.36 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Judges Association | 2/1-2/2 Washington, D.C. Travel, food, lodging 5/15-17, Washington, D.C. Travel, food, lodging |
| 2. | University of Virginia Law School CLE, Charlottesville, Va. | 1/9-1/11 - Travel, food, lodging |
| 3. | Law & Economics Center - George Mason University Seminar "Science in the Courtroom". | 12/6-12/12 - Sarasota, Fla. Travel, food and lodging |
| 4. | | |

## V. GIFTS.  (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES.  (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUPLANTIER, ADRIAN G | 1/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Federated Tax Free Inst. (397) (Whitney Bk. Custodian) | C | Interest | M | T | | | | | |
| 2. Whitney Natl Bank, N.O., Checking Account | A | Interest | K | T | | | | | |
| 3. Ck. acct. & C.D. Bank One, New Orleans, La. | A | Interest | J | T | | | | | |
| 4. Fort Eustis Va. Credit Union | C | Interest | M | T | | | | | |
| 5. U.S.A.A. Retirement Plan | E | | O | T | | | | | |
| 6. Lot No. 1, New Orleans, La. | | None | K | W | | | | | |
| 7. Lot No. 2, New Orleans, La. | | None | L | W | | | | | |
| 8. St. Tammany, La. Commercial Bldg. | F | Rent | O | W | | | | | |
| 9. E. Baton Rouge Revenue Bonds | C | Interest | L | T | | | | | |
| 10. Ohio (G.M. Bonds | B | Interest | K | T | | | | | |
| 11. Caddo Bossier Port Comm. | C | Interest | L | T | | | | | |
| 12. La. General Obligation Bonds | D | Interest | M | T | | | | | |
| 13. Louisiana General Obligation Bonds | C | Interest | K | T | | | | | |
| 14. Dave & Buster's, Inc. | | None | J | T | | | | | |
| 15. Edison Brothers Stores | | None | J | T | | | | | |
| 16. Bank One Corp. | D | Dividend | N | T | | | | | |
| 17. Freeport McMoran Inc, Stock | A | Dividend | M | T | | | | | |
| 18. General Electric Co. | E | Dividend | O | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUPLANTIER, ADRIAN G | 1/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Hercules, Inc. | A | Dividend | K | T | | | | | |
| 20. Hibernia Corp. | B | Dividend | L | T | | | | | |
| 21. Leggett & Platt, Inc. | D | Dividend | M | T | | | | A | |
| 22. Leggett & Platt, Inc.. | | | | | Pt donations | 1/17 | J | A | |
| 23. Leggett & Platt, Inc. | | | | | Pt donation | 12/22 | L | | |
| 24. Millipore Corp. | B | Dividend | M | T | | | | | |
| 25. Lot No. 3, New Orleans, La. | | | | | donation | 12/15 | K | A | |
| 26. Murphy Oil | C | Dividend | N | T | | | | | |
| 27. Penn Virginia Corp. | C | Dividend | M | T | | | | | |
| 28. Royal Dutch Petroleum | C | Dividend | M | T | | | | | |
| 29. Tidewater Inc. | B | Dividend | L | T | | | | | |
| 30. Tyco International | B | Dividend | O | T | | | | | |
| 31. Tyco International | | | | | Partial Sale | 6/3 | L | A | |
| 32. Valero Energy Corp. | A | Dividend | K | T | | | | | |
| 33. Burlington Resources | A | Dividend | K | T | | | | | |
| 34. Deltic Timber Corp. | A | Dividend | K | T | | | | | |
| 35. P.G. & E. Corp. | | None | | | Sold | 6/11 | J | C | |
| 36. Mykrolis Corp. | | None | K | T | | | | | |

1. Income/Gain Codes:     A  = $1,000 or less     B  = $1,001-$2,500     C  = $2,501-$5,000     D  = $5,001-$15,000     E  = $15,001-$50,000
   (See Columns B1 and D4)     F  = $50,001-$100,000     G  = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J  = $15,000 or less     K  = $15,001-$50,000     L  = $50,001-$100,000     M  = $100,001-$250,000
   (See Columns C1 and D3)     N  = $250,000-$500,000     O  = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q  = Appraisal     R  = Cost (Real Estate Only)     S  = Assessment     T  = Cash/Market
   (See Column C2)     U  = Book Value     V  = Other     W  = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| DUPLANTIER, ADRIAN G | 1/26/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _____Jan 26 2004_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544